UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PAUL RUCKEL, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) 17-cv-13536 ) |
| Plaintiff, | ) Hon. Linda V. Parker ) |
| v. | ) ) |
| FORD MOTOR COMPANY, JAMES PATRICK HACKETT, ALAN MULALLY, MARK FIELDS, AND ROBERT L. SHANKS, | ) ) ) ) ) |
| Defendants. | ) ) |

**STIPULATED ORDER OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE**

WHEREAS, on October 30, 2017, Plaintiff Paul Ruckel filed a putative class action complaint alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a), and Securities and Exchange Commission Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5; and

WHEREAS, on February 7, 2018, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4, *et seq.*, the Court issued an Order appointing James Emerson, William T. Higgs Trust, Power Holding Corporation, and the November Family Trust DD 5/5/1983 as Lead Plaintiffs and

1

approving their selection of The Rosen Law Firm, P.A. and Pomerantz, LLP as Co-Lead Counsel;

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Lead Plaintiffs wish to dismiss this action voluntarily, without prejudice; and

WHEREAS, Lead Plaintiffs have not moved for nor has the Court certified a class in this action.

NOW, THEREFORE, the Parties hereby agree and stipulate, and respectfully request the Court issue an order that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Lead Plaintiffs James Emerson, William T. Higgs Trust, Power Holding Corporation, and the November Family Trust DD 5/5/1983 hereby voluntarily dismiss this action, without prejudice, against all Defendants and that all parties will bear their own fees and costs to date related to this action.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: May 8, 2018

**IT IS SO STIPULATED.**

DATED: May 8, 2018     By: */s/ Leigh Handelman Smollar*

**POMERANTZ LLP**
Leigh Handelman Smollar
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: lsmollar@pomlaw.com
       pdahlstrom@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
       ahood@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
Phillip Kim
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
       pkim@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs*

DATED: May 8, 2018				By: */s/ Jerome Fortinsky*

**SHEARMAN & STERLING**
Jerome S. Fortinsky

599 Lexington Avenue
New York, NY 10022
Telephone: 212-848-4000
Fax: 212-848-4900
Email: jfortinsky@shearman.com


**BUSH, SEYFERTH & PAIGE PLLC**
Patrick G. Seyferth
Roger P. Meyers
3001 W. Big Beaver Road
Suite 600
Troy, MI 48084-3107
Telephone: 248-822-7800
Fax: 248-822-7852
Email: seyferth@bsplaw.com
          meyers@bsplaw.com

*Attorneys for Defendants*